UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PATRICK J. HIGGINS,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL, Commissioner of<br>   the Social Security Administration,<br><br>                    Defendant. | Case No. CV-19-49-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED The Commissioner's decision to deny benefits to Higgins is AFFIRMED.  This case is DISMISSED with prejudice. The Clerk is directed to enter judgment accordingly..

Dated this 14th day of April, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Traci Orthman
Traci Orthman, Deputy Clerk